444 A.2d 104

COMMONWEALTH of Pennsylvania

v.

Larry T. PARKER, Appellant.

Supreme Court of Pennsylvania.

Submitted March 1, 1982.

Decided April 27, 1982.

John Halley, Pittsburgh, court-appointed, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Order affirmed.